1

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181

2

eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893

3

brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612

4

roshni.kapoor@morganlewis.com
One Market, Spear Street Tower

5

San Francisco, CA  94105-1596
Tel:     +1.415.442.1000

6

Fax:    +1.415.442.1001

7

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731

8

ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175

9

kassia.stephenson@morganlewis.com
1400 Page Mill Road

10

Palo Alto, CA  94304
Tel:     +1.650.843.4000

11

Fax:    +1.650.843.4001

12

Attorneys for Defendants
X CORP. f/k/a TWITTER, INC.

13

14

**UNITED STATES DISTRICT COURT**

15

**NORTHERN DISTRICT OF CALIFORNIA**

16

SYDNEY FREDERICK-OSBORN, on behalf
of herself and all others similarly situated,

17

18

Plaintiffs,

19

v.

20

TWITTER, INC. AND X CORP.,

21

Defendants.

Case No. 4:24-cv-00125-JSC

**STIPULATION REGARDING STATUS
OF COMPLAINT AND RESPONSIVE
PLEADING**

22

23

Defendant X Corp. as successor in interest to Twitter, Inc. ("Defendant" or "X") and

24

Plaintiff Sydney Frederick-Osborn ("Plaintiff") (together, the "Parties"), by and through their

25

undersigned counsel hereby stipulate as follows:

26

WHEREAS, on January 5, 2024, Plaintiff filed her Complaint in this Court (the

27

"Complaint") (*see* ECF No. 1);

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS, on February 8, 2024, X filed its Motion to Dismiss Plaintiff's Complaint (*see* ECF No. 13);

WHEREAS, on March 29, 2024, the Court granted in part and denied in part X's Motion to Dismiss, instructing Plaintiff to file an amended complaint, if any, by April 25, 2024 (*see* ECF No 29);

WHEREAS, Plaintiff has decided that she is not filing an amended complaint;

WHEREAS, X will file its Answer to the Complaint on or before May 9, 2024;

WHEREAS, pursuant to Northern District Civil Local Rule 6-1(a), this Stipulation will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that X's Answer to Plaintiff's Complaint is due on or before May 9, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,
SYDNEY FREDERICK-OSBORN, on behalf of herself and all others similarly situated,

By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan
Thomas Fowler

Respectfully submitted,
X CORP. as successor in interest to TWITTER, INC.

By their attorneys,

/s/ *Brian D. Berry*
Eric Meckley
Brian D. Berry
Roshni C. Kapoor
Ashlee N. Cherry
Kassia Stephenson

Dated: April 25, 2024

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP RE STATUS OF COMPLAINT AND
RESPONSIVE PLEADING
CASE NO. 4:24-CV-00125-JSC