SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Sydney Frederick-Osborn,
on behalf of herself and all others similarly situated*

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com

*Attorneys for Defendant*
*TWITTER, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYDNEY FREDERICK-OSBORN, on behalf of herself and all others similarly situated,<br><br>                              Plaintiffs,<br>          v.<br><br>TWITTER, INC., and  X CORP.,<br><br>                              Defendants | Case No. 3:24-cv-00125-JSC<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Local Rule 6-1(b), Plaintiff Sydney Frederick-Osborn ("Plaintiff") and
2  Defendants Twitter, Inc. and X Corp. (collectively, the "Parties"), by and through their
3  undersigned counsel, hereby stipulate as follows:
4  WHEREAS, there is currently a Case Management Conference set to take place on May
5  30, 2024 at 1:30 PM via Zoom conference;
6  NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's
7  approval:
8  The Case Management Conference currently scheduled for May 30, 2024, will be
9  rescheduled to take place on June 6, 2024, at 11:00 a.m. via Zoom conference.
10
11 IT IS SO STIPULATED.
12
13 Dated: May 2, 2024                                  LICHTEN & LISS-RIORDAN, P.C.
14
15                                                    By /s/ Shannon Liss-Riordan
16                                                        Shannon Liss-Riordan
                                                          Thomas Fowler
17                                                        Attorneys for Plaintiffs
                                                          SYDNEY FREDERICK-OSBORN, on
18                                                        behalf of herself and all others similarly
                                                          situated
19
20
21 Dated: May 2, 2024                                  MORGAN, LEWIS & BOCKIUS LLP
22
23                                                    By /s/ Brian D. Berry
                                                          Eric Meckley
24                                                        Brian D. Berry
                                                          Attorneys for Defendant
25                                                        TWITTER, INC.
26
27
28

                                              1                STIPULATION TO RESCHEDULE CASE
                                                               MANAGEMENT CONFERENCE

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: May 2, 2024                             LICHTEN & LISS-RIORDAN, P.C.


                                               By  /s/ Shannon Liss-Riordan
                                                   Shannon Liss-Riordan

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following:

The case management conference currently scheduled to take place on May 30, 2024, at 1:30 pm is rescheduled to take place on June 6, 2024, at 11:00 a.m.

Dated: _____          _____
                                        Hon. Jacqueline Scott Corley
                                        District Court Judge