UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY FREDERICK-OSBORN,<br><br>    Plaintiff,<br><br>  v.<br><br>TWITTER, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-00125-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLASS CERTIFICATION** |

Following the initial case management conference held on June 6, 2024, the Court orders the following case deadlines:

- Initial Disclosures:	June 30, 2024
- Motion for Class Certification:	October 17, 2024
- Opposition to Class Certification:	November 21, 2024
- Reply in Support of Class Certification:	December 19, 2024
- Hearing:	January 23, 2025

**IT IS SO ORDERED.**

Dated: June 6, 2024

JACQUELINE SCOTT CORLEY
United States District Judge